**Leonard E. FOGLE, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

**No. 15–3032**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2016

Filed: July 12, 2016

Leonard E. Fogle, Bonderant, IA, Pro Se.

Bert W. Coleman, Special Assistant U.S. Attorney, Susan Elaine Meehan, Assistant Regional Counsel, Kristi Schmidt, Deputy Chief Counsel, Kansas City, MO, Mary Clare Luxa, Assistant U.S. Attorney, Des Moines, IA, for Defendant–Appellee.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Leonard E. Fogle appeals the district court's [1] order affirming the Commissioner's determination that he is not entitled to disability insurance benefits, after his hearing before an administrative law judge. Upon de novo review, see Perks v. Astrue, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record, and that Fogle's arguments on appeal provide no basis for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).